FILED
2017 Jun-12 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOANNE PEARSON,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 5:16-cv-01159-MHH |
| } | |
| **BISON'S OF ALABAMA, INC.,** } | |
| } | |
| **Defendants.** } | |
| } | |
| } | |

## FINAL DEFAULT JUDGMENT

On June 2, 2017, the Court entered judgment against defendant Bison's of Alabama, Inc. on plaintiff Joanne Pearson's claim under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12182. (Doc. 13). The Court ordered Bison's "to take the necessary steps to make its restaurant located at 8020 Madison Boulevard in Madison County, Alabama readily accessible to and usable by individuals with disabilities to the extent required by the ADA." (Doc. 13, p. 7).

On June 12, 2017, the Court held a conference to discuss the issue of fees and expenses. Counsel for Ms. Pearson presented records supporting an award of attorney fees and expenses and expert fees and expenses. (Doc. 14-1). Consistent with the findings made on the record during the June 12, 2017 conference, the

Court awards Ms. Pearson $6,760 in fees and $1,826.58 in expenses for a total award of $8,586.58.

The Court asks the Clerk to please mail a copy of this order to Bison's at the following addresses and to please close the file.

    Bison's of Alabama, Inc.
    C/O Donald C. Mundy
    1040 W. Hamric Drive
    Oxford, AL 36203

    Bison's of Alabama, Inc.
    C/O Donald C. Mundy
    20 Town Creek Lane
    Talladega, AL 35160

    Bison's of Alabama, Inc.
    C/O Donald C. Mundy
    3605 Afton Brae Drive
    Anniston, AL 36207

**DONE** and **ORDERED** this June 12, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE