UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOANNE PEARSON,
an individual,

    Plaintiff,

vs.                              CASE NO: 5:16-CV-01159-HGD

BISON'S OF ALABAMA, INC,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

COMES NOW the Plaintiff in the above-styled cause, by and through undersigned counsel, and gives notice of receipt of payment in the amount of $8,748.26, satisfying the award of attorney's fees and expenses entered by order of Final Default Judgment, dated June 12, 2017, [Doc. 15] and as evidenced by the Certificate of Judgment entered herein [Doc 20], which has now been paid in full, with accrued post-judgment interest.

Dated this the 28th day of December 2018.

                                                      Respectfully submitted,

                                                      /s/ Edward I. Zwilling
                                                      Edward I. Zwilling, Esq.
                                                      ASB: 1564-L54E

**OF COUNSEL**:
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Drive
Birmingham, AL 35242
Facsimile:   (205) 871-8091
Email:   edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed to Bison's of Alabama Inc., c/o Chad W Ayers, Wilmer & Lee, P.O. Box 2168, Huntsville, AL 35804, cayres@wilmerlee.com this the 28th day of December 2018.

/s/ Edward I. Zwilling
OF COUNSEL